**LAW OFFICES OF LINDA A. KING**
2044 First Ave., Suite 200
San Diego, CA 92101-2079
(619) 233-8034  FAX (619) 233-4516
State Bar No. 087138

Attorney for ___Material Witness___

FILED

2006 DEC -8  AM 10: 32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATE OF AMERICA,

     Plantiff,

     vs.

MARCELLE RAE ORZANNE

     Defendent

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Crim. Case No: 06CR2282
Magis. Case No: 06MG1982

Ex Parte Application and
Order to Exonerate the
Appearance Bond for the
Material Witness

### EX PARTE APPLICATION

This Ex Parte Application and Order to Exonerate the Appearance Bond is submitted in connection with Greyvis Melo-Otrega          , the Material Witness for this case.

This Application is made after authorization was obtained from the Office of the United States Attorney to remand the the material witness to the United States Bureau of Customs and Border Protection, and after the Material Witness was remanded to the custody of the United States Bureau of Customs and Border Protection for a voluntary return to Mexico.

On behalf of the Material Witness and the surety who signed the Appearance Bond for the Material Witness, I respectfully request the court exonerate the Material Witness Bond, and return the cash deposit in the amount of $500.00 currently on deposit to the Court securing the Material Witness bond.

Date: November 27, 2006

Linda A. King

Attorney for the Material Witness

ORDER

IT IS HEREBY ORDERED that the personal surety bond of $5,000.00 which secured the presence of the Material Witness  Greyis Melo-Ortega be exonerated forthwith, and the cash deposit of $500.00 be returned to the surety at the following address:

        Orlando Rojas
        1169 Sunbright Drive
        Oceanside, CA 92056

Date: 12/8/06

United States Magistrate Judge

Law Offices of
Linda A. King and Associates
2044 First Ave., Suite 200 • San Diego, CA 92101-2079
(619) 233-8034   FAX (619) 233-4516